JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
          adante.pointer@johnburrislaw.com

Attorneys for plaintiff
TITUS RUCKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/20/06*

| | |
|---|---|
| TITUS RUCKER<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | **No. C06-01223 RMW**<br><br>**STIPULATION AND ()**<br>**ORDER  CONTINUING INITIAL**<br>**CASE MANAGEMENT**<br>**CONFERENCE**<br><br>**Date:**<br>**Time:**<br>**Location: Courtroom 6,  4th Floor**<br>**Honorable Ronald M. Whyte** |

    The parties in this matter hereby stipulate to continue the initial case management conference for sixty (60) days on the grounds that Plaintiff, Titus Rucker's, underlying criminal case, which arises out of the same events and occurrences that are the subject matter of this civil action, is still pending.

    Therefore, good cause being shown, the parties' request the initial case management conference scheduled for July 21, 2006, at 10:30 am in Courtroom 6, be rescheduled for September 22, 2006, at10:30 am in Courtroom 6.

---

**STIPULATION AND () ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. C06-01223 RMW**

1

Dated: July 19, 2006                LAW OFFICES OF JOHN L. BURRIS

                                    _____/S/_____
                                    Adanté D. Pointer
                                    Attorneys for TITUS RUCKER


Dated: July 19, 2006                OFFICE OF THE COUNTY COUNSEL


                                    _____/S/_____
                                    Mark Bernal
                                    Attorneys for COUNTY OF SANTA
                                    CLARA, et al.


## **ORDER**

GOOD CAUSE BEING SHOWN, IT IS SO ORDERED.


Dated: 7/20/06                      /s/ Ronald M. Whyte
                                    _____
                                    Honorable Ronald M. Whyte
                                    United States District Court Judge

---

**STIPULATION AND () ORDER CONTINUTING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. C06-01223 RMW**

2