JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
         adante.pointer@johnburrislaw.com

Attorneys for plaintiff
TITUS RUCKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/19/06*

| | |
|---|---|
| TITUS RUCKER<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | **No. C06-01223 RMW**<br><br>**STIPULATION AND ()**<br>**ORDER  CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>**Date:**<br>**Time:**<br>**Location: Courtroom 6,  4th Floor**<br>**Honorable Ronald M. Whyte** |

   The parties in this matter hereby stipulate to continue the initial case management conference to a date after November 14, 2006, on the grounds that Plaintiff Titus Rucker's underlying criminal case, which arises from the same circumstances and events at issue in this action, is still pending. This is the second request for an extension. The initial case management conference originally scheduled for July 21, 2006 was continued to September 22, 2006, pursuant to a stipulation and order. However, the September 22,

---

**STIPULATION AND () ORDER CONTINUTING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. C06-01223 RMW**

1

2006, initial case management conference was not entered on this Court's calendar and did not take place. The parties have since been informed that the underlying criminal matter, which was scheduled for a September 25, 2006, trial was continued to a November 14, 2006, pre-trial conference. Therefore, the parties request that the initial case management conference in this matter be reset to a date of this Court's choice that is after November 14, 2006.

IT IS SO STIPULATED.

 9/29/06  
Date

/s/  
Adanté Pointer  
Attorney for Plaintiff

 10/3/06  
Date

/s/  
Mark Bernal  
Attorney for Defendants

ORDER

For good cause shown, it is hereby ordered that the initial case management conference in the above-captioned matter be reset to __10:30__ a.m. on __November 17__, 2006, in Courtroom No. __6__.

IT IS SO ORDERED.

Date: 10/19/06

/s/ Ronald M. Whyte  
Honorable Ronald M. Whyte  
United States District Court Judge