JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**TITUS RUCKER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/2/07*

| | |
|---|---|
| TITUS RUCKER<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | **No. C06-01223 RMW**<br><br>**STIPULATION AND ()**<br>**ORDER TO REMOVE MATTER**<br>**FROM ADR**<br><br>**Honorable Ronald M. Whyte** |

The parties in this matter hereby stipulate to remove this matter from the court's Alternative Dispute Resolution Program. The parties hereby further stipulate to mediate this matter before a private mediator within 90 days of the court signing the attached

---

proposed order.  Should the parties not resolve this matter through mediation, the parties will notify the court and request a Case Management Conference.

   The parties respectfully request the Court make this an order.

   IT IS SO STIPULATED.

| | |
|---|---|
| 3/23/07 | /s/ |
| Date | Adanté Pointer |
| | Attorney for Plaintiff |

| | |
|---|---|
| 3/26/07 | /s/ |
| Date | Mark Bernal |
| | Attorney for Defendants |

**ORDER**

   IT IS SO ORDERED.

Date: 4/3/07

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge

---

**STIPULATION AND () ORDER TO REMOVE CASE FROM ADR**
**CASE NO. C06-01223 RMW**
2