JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:       (510) 839-5200
Facsimile:       (510) 839-3882
Email: john.burris@johnburrislaw.com
       adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**TITUS RUCKER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/20/07*

| | |
|---|---|
| TITUS RUCKER<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | **No. C06-01223 RMW**<br><br>**NOTICE OF SETTLEMENT AND [] ORDER TO DISMISS MATTER WITH PREJUDICE**<br><br>**Honorable Ronald M. Whyte** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action. The parties have prepared and fully executed a Settlement Agreement and General Release reciting the terms of the settlement. In addition, the Defendants have tendered the agreed upon Settlement draft to Plaintiff. Therefore, Plaintiff

---
**NOTICE OF SETTLEMENT AND [ ORDER TO DISMISS MATTER WITH PREJUDICE**
**CASE NO. C06-01223 RMW**
1

respectfully requests that future court dates in this action be vacated from the Court's calendar, and that this Court dismiss the matter with prejudice.

Respectfully Submitted,

Dated: July 2, 2007

\_\_\_/s/_____
Adanté D. Pointer
Law Offices of John L. Burris
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated: **8/20/07**

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

---